# RECONSIDERATION DOCKET

**95–1679.** State ex rel. Ricchiuto v. Reagan. Original Action Involving Expedited Election Matter. Reported at 74 Ohio St.3d 11, 655 N.E.2d 1298. On motion for relief from judgment. Motion denied. STRATTON, J., not participating.

**95–2435.** Taylor v. Triple A in the U.S.A., Inc. *Belmont County,* No. 93–B–51. Reported at 75 Ohio St.3d 1422, 662 N.E.2d 25. On motion for reconsideration. Motion denied.

**95–2476.** Karlowicz v. Die–Matic Corp. *Cuyahoga County,* No. 68563. Reported at 75 Ohio St.3d 1422, 662 N.E.2d 25. On motion for reconsideration. Motion denied. STRATTON, J., dissents.

**95–2521.** Cheren v. Fitch. *Summit County,* No. 17181. Reported at 75 Ohio St.3d 1422, 662 N.E.2d 25. On motion for reconsideration. Motion denied.

**95–2560.** State ex rel. Lewis v. Collins. In Mandamus. Reported at 75 Ohio St.3d 1421, 662 N.E.2d 24. On motion for reconsideration. Motion granted; cause restored to the active docket and merit briefing to proceed. RESNICK, COOK and STRATTON, JJ., dissent.

**95–2630.** Brakora v. Haudenschield. *Hardin County,* No. 6–95–9. Reported at 75 Ohio St.3d 1425, 662 N.E.2d 27. On motion for reconsideration. Motion denied.

**95–2658.** Comley v. Pub. Util. Comm. Public Utilities Commission, Nos. 94–590–TR–CSS and 94–593–TR–CSS. Reported at 75 Ohio St.3d 1421, 662 N.E.2d 24. On motion for reconsideration. Motion denied.

**96–234.** Lawson v. Fed. Correctional Inst., Inc. In Habeas Corpus. Reported at 75 Ohio St.3d 1421, 662 N.E.2d 24. On motion for reconsideration. Motion denied.